GEORGE F. MUIR, Appellant, v. STATE OF NEW YORK, Respondent.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

JOSEPH B. SMITH, Appellant, v. STATE OF NEW YORK, Respondent.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

MARY E. SCHULER, Respondent, v. CITY OF NIAGARA FALLS, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

PHOEBE A. AIKEN, Respondent, v. ELIZABETH MENDER and Another, Appellants.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

EARL B. AIKEN, Respondent, v. ELIZABETH MENDER and Another, Appellants. — Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

EVA GRAVES, Respondent, v. UTICA CANDY COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

FANNY GARDNER, Appellant, v. HAROLD J. HUTCHINSON, Respondent.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

In the Matter of the Application of NORMAN J. LESSWING, Respondent, for a Peremptory Writ of Mandamus against FRANCES STANTON (MRS. CHARLES BENNETT) SMITH and Others, Comprising the Civil Service Commission of the State of New York, Appellants.— Order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

DERRICK P. COOKE, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

MARGARET H. YAX, Respondent, v. ALBERT C. YAX and Another, Appellants. — Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LAURENCE E. TIERNEY, Appellant.— Judgment of conviction affirmed. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

In the Matter of the Claim of FRANK RAYMOND, Respondent, against the Estate of ANDREW DAVIS, Deceased, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

A. E. NETTLETON COMPANY, Appellant, v. CHARLES F. STORY, Respondent.— Motion granted to amend order of reversal so as to provide that plaintiff have judgment against defendant for such part of the costs and disbursements, together with the sum of $923, with interest, as the receiver is unable to pay plaintiff from the avails of the sale of the capital stock of the Kelley Bootery Company. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.